# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GALLEGOS,<br><br>    Plaintiff,<br><br>v.<br><br>MANUEL PEREZ, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-00183-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER AND FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>[ECF No. 6] |

    Plaintiff Johnny Gallegos is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on February 27, 2017. Local Rule 302.

    On April 19, 2017, the Court screened and dismissed Plaintiff's complaint, with leave to amend, for failure to state a cognizable claim for relief. The Court granted Plaintiff thirty days to file an amended complaint. More than thirty days have passed, and Plaintiff has not complied with or otherwise responded to the order.[1] Accordingly, within **twenty-one (21)** days from the date of service of this order, Plaintiff shall show cause why the action should not be dismissed for failure to comply

///

///

---

[1] On May 3, 2017, the United States Postal Service returned the order as undeliverable.

1

with a court order and failure to state a cognizable claim for relief. The failure to comply with this order will result in dismissal of the action.

IT IS SO ORDERED.

Dated:   **May 30, 2017**

UNITED STATES MAGISTRATE JUDGE